## SAUNDERS *v.* WOODWARD, judge.

ATKINSON, Presiding Justice.  On the trial of habeas-corpus proceeding instituted by the mother of a female infant against the judge of the juvenile court of Richmond County, who held the child under commitment as abandoned to it by the mother, shown by the evidence to be a wayward person, the judge did not err in refusing to award the child to the mother.  *Judgment affirmed.  All the Justices concur.*

No. 14079.  MAY 26, 1942.

*Pierce Brothers,* for plaintiff.  *H. A. Woodward,* for defendant.